IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jeffrey B. Reeves, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| P&E Logistics, Inc., et al, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL

Defendants P&E Logistics, Inc., Ahab Alammar, Sami Salamah, and Abrar Ali (collectively, "Defendants"), through undersigned counsel, hereby gives notice of removal of this action from the Franklin County Common Pleas Court in the State of Ohio, where it is currently pending, to the United States District Court for the Southern District of Ohio, Eastern Division. By removing this matter, Defendants do not waive or intend to waive any defense. The instant removal is based on the following grounds:

### I.    BACKGROUND

1. On or about April 9, 2021, Plaintiff filed this action in the Court of Common Pleas, County of Franklin, State of Ohio, captioned *Jeffrey B. Reeves v. P&E Logistics, Inc., et al.,* Case No. 21CV002186 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendants in the State Court Action are included with this Notice of Removal as **Exhibit A.**

2. On July 16, 2021, Plaintiff filed a Motion for Leave to File Amended Complaint, which was granted by the Franklin County Court of Common Pleas on July 29, 2021. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely.

3. The United States District Court for the Southern District of Ohio, Eastern Division, is the federal judicial district embracing the Franklin County Court of Common Pleas, wherein this action was originally filed. Further, the events alleged in the Amended Complaint are alleged to have occurred in Franklin County, Ohio. Accordingly, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

4. Pursuant to 28 U.S.C. § 1446(d), Defendants are concurrently filing a Notice of Filing of Notice of Removal with the Clerk of Court for the Franklin County Court of Common Pleas.

5. As explained below, this Court has jurisdiction over this action based on federal question jurisdiction pursuant to 28 U.S.C. § 1331. As such, this action may be removed to this Court under 28 U.S.C. § 1441(a).

## II.   BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

6. Plaintiff's Complaint purports to bring claims for age discrimination, race discrimination, sexual harassment, retaliation, wrongful termination/constructive discharge, breach of implied contract, promissory estoppel, wage and hour violations, defamation, and intentional infliction of emotional distress in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* ("Title VII"), the Age Discrimination in Employment Act of 1967, as amended 29 U.S.C. §621 *et seq.* ("ADEA"), 42 U.S.C. §1981 ("Section 1981"), the Fair Labor Standards Act, 29 U.S.C. §201, *et. seq.* ("FLSA"), the Ohio Revised Code, and Ohio common law.

7. The Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331 because Plaintiff has filed a cause of action(s) arising under the laws of the United States; namely, Title VII, ADEA, Section 1981, and the FLSA.

8. This Court has federal question jurisdiction under 28 U.S.C. § 1331, and this action may be removed to this Court by these Defendants pursuant to 28 U.S.C. § 1441(a).

9. The Court may exercise supplemental jurisdiction over the state law claims (i.e., Ohio Rev. Code § 4112) because they are so related to the Title VII, ADEA, Section 1981, and FLSA claims that it forms part of the same case or controversy under Article III of the United States Constitution.

### III. CONSENT AND LOCAL CIVIL RULE REQUIREMENTS

10. Defendant Amazon.com Services LLC consents to this removal.  Upon information and belief, Defendant Dawn Drake has not been served with a copy of the Complaint or the Amended Complaint or filed a notice of appearance in this case.

WHEREFORE, Defendants P&E Logistics, Inc., Ahab Alammar, Sami Salamah, and Abrar Ali respectfully request that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the Franklin County Court of Common Pleas.

Respectfully submitted,

        */s/ K. Ellen Toth*

K. Ellen Toth (0056176)
Federico G. Barrera III (0090739)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
216-241-6100
216-357-4733 (Fax)
ellen.toth@ogletree.com
federico.barrera@ogletree.com

*Attorneys for Defendants P&E Logistics, Inc.
Ahab Alammar, Sami Salamah and Abrar Ali*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, a copy of the foregoing *Notice of Removal* was filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system, including the following:

Jeffrey B. Reeves
1169 East 26th Avenue
Columbus, OH 43211
Jeffreeves43@gmail.com

*Plaintiff Pro Se*

Andrew J. Barber (0091160)
Morgan, Lewis & Bockius LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA  15219-6401
412.560.7449
412.560.7001 (Fax)
andrew.barber@morganlewis.com

*Attorney for Defendant Amazon.com Services LLC*

/s/ K. Ellen Toth
*One of the Attorneys for Defendants P&E Logistics, Inc. Ahab Alammar, Sami Salamah and Abrar Ali*

48067983.1